Prob. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                          DOCKET NO. 5:03CR00475-001

NASSER MATARI

On March 30, 2005, the Nasser Matari was placed on Probation for a period of 3 years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that NASSER MATARI be discharged from Probation.

Respectfully submitted,

MICHAEL J. KESTER
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that NASSER MATARI is discharged from Probation and that the proceedings in the case be terminated.

Date this 11th day of January, 2007.

Frederick J. Scullin, Jr.
Senior U.S. District Judge